In the Matter of ANTONIOS STAMOS, Petitioner, v APPEALS BOARD OF YONKERS PARKING VIOLATIONS BUREAU, Respondent. [26 NYS3d 881]—Proceeding pursuant to CPLR article 78 to review a determination of the Appeals Board of the Yonkers Parking Violations Bureau dated October 29, 2014, affirming a determination of an administrative law judge dated May 21, 2014, which, after a hearing, found that the petitioner violated Vehicle and Traffic Law § 306 (b), and imposed a penalty.

Adjudged that the determination is confirmed, the petition is denied, and the proceeding is dismissed on the merits, without costs or disbursements.

Judicial review of an administrative determination made after a hearing at which evidence was taken is limited to whether the determination is supported by substantial evidence based upon the entire record (*see* CPLR 7803 [4]; *Matter of Snitow v New York State Dept. of Motor Vehs.*, 121 AD3d 1008 [2014]). Substantial evidence is "such relevant proof as a reasonable mind may accept as adequate to support a conclusion or ultimate fact" (*300 Gramatan Ave. Assoc. v State Div. of Human Rights*, 45 NY2d 176, 180 [1978]).

Here, substantial evidence supports the determination that the petitioner violated Vehicle and Traffic Law § 306 (b) (*see*

*Matter of Milord v New York State Dept. of Motor Vehs.*, 125 AD3d 972 [2015]). Rivera, J.P., Balkin, Cohen and Barros, JJ., concur.